UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Christopher L. Ivey,

      Plaintiff,                    Civil No. 05-1215 (RHK/AJB)

vs.                               **DISQUALIFICATION AND**
                                     **ORDER FOR REASSIGNMENT**

Dean Mooney, Paula Johnson,
Diane Haller,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: December 12, 2005

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge